

**NUMBER 13-19-00031-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF A. J. S., JR., A. J. S., A. J. S., CHILDREN

---

### On appeal from the 73rd District Court
### of Bexar County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Hinojosa
Memorandum Opinion by Justice Hinojosa**

Appellant Alexander Salgado Sr. attempted to appeal a judgment entered by the 73rd District Court of Bexar County on December 18, 2018.[1] On January 4, 2019, appellant was notified to pay the filing fee for the notice of appeal no later than January 28, 2019. On January 30, 2019, the Clerk of this Court notified appellant, in accordance

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2017 1st C.S.).

with Texas Rule of Appellate Procedure 42.3(c), that he was delinquent in paying the filing fee and that we would dismiss this appeal unless the $205.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellant has not responded to the notice from the Clerk or paid the filing fee. *See* TEX. R. APP. P. 5; *id.* R. 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* R. 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

LETICIA HINOJOSA
Justice

Delivered and filed the
7th day of March, 2019.

2